UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Rohan Green, | § | |
| | § | |
| v. | § | Case No. 1:25-CV-00619-ADA |
| | § | |
| Stephanie Roberts | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower. Dkt. 6. Judge Hightower issued her report and recommendation on June 9, 2025. *Id.* at 3. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate's report and recommendation for clear error.

Because no party has filed timely objections, the Court has reviewed Judge Hightower's report and recommendation for clear error. Having found no such error, the Court **ORDERS** that the report and recommendation is **ADOPTED**; that this case is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(b); and that all pending motions are **DISMISSED** as moot.

**SIGNED** on July 7, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE